# Case 16-2015-CA-006898-XXXX-MA

| Department | Circuit Civil | Division | CV-C |
|---|---|---|---|
| Case Status | OPEN | File Date | 10/29/2015 3:40:26 PM |
| Judge Name | JAY III, HARVEY L | Officer | |
| Private Attorney | Burgess, Robert Carter | | |

## Parties

| Name / DOB / DL / ID # | Party Type Race / Sex | Address |
|---|---|---|
| DALE E WORKMAN | PLAINTIFF / | 13400 SUTTON PARK DR S #1204 JACKSONVILLE, FL32224 |
| JENNIFER-EVE WORKMAN | PLAINTIFF / | 13400 SUTTON PARK DR S #1204 JACKSONVILLE, FL32224 |
| AMERICAN CREDIT ACCEPTANCE, LLC | DEFENDANT / B | 961 E. MAIN STREET, 2ND FLOOR SPARTANBURG, SC29302 |
| JAMES C ADKISON | DEFENDANT / | 1234 N. EAST AVE. PANAMA CITY, FL32401 |
| DARREN ROBERT HICKEY | DEFENDANT / | 2634 GAILLARDIA ROAD JACKSONVILLE, FL32211 |

## Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Burgess, Robert Carter Private Attorney (58298) | 10407 Centurion Pkwy N Ste 200 Jacksonville, FL322560544 | DALE E WORKMAN (PLAINTIFF) JENNIFER-EVE WORKMAN (PLAINTIFF) AMERICAN CREDIT ACCEPTANCE, LLC (DEFENDANT) JAMES C ADKISON (DEFENDANT) DARREN ROBERT HICKEY (DEFENDANT) |
| Workman, Dale E Private Attorney (160962) | 13400 Sutton Park Dr S Ste 1204 Jacksonville, FL322240235 | DALE E WORKMAN (PLAINTIFF) |

## Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 10/30/2015 | CIR/GENERALCIVIL 3/1/2012 | $0.00 | $0.00 | $0.00 |
| 10/30/2015 | SUMMONS($10/ea) | $10.00 | $0.00 | $10.00 |
| 10/30/2015 | SUMMONS($10/ea) | $10.00 | $0.00 | $10.00 |
| 10/30/2015 | SUMMONS($10/ea) | $10.00 | $0.00 | $10.00 |

## Dockets

| Line | Count | Effective Entered | Description | Image |
|---|---|---|---|---|
| | | | | Available |

| 1 | — | 10/29/2015 10/30/2015 | APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS | VOR, User exempt |
|---|---|---|---|---|
| 2 | — | 10/29/2015 10/30/2015 | COVER SHEET | Available VOR, User exempt |
| 3 | — | 10/29/2015 10/30/2015 | COMPLAINT | Available VOR, User exempt |
| 4 | — | 10/29/2015 10/30/2015 | OTHER CIRCUIT CIVIL – OTHER | |
| 5 | — | 10/30/2015 10/30/2015 | DEMAND FOR JURY TRIAL | |
| 6 | — | 10/30/2015 10/30/2015 | CERTIFICATE OF INDIGENCY | Available VOR, User exempt |
| 7 | — | 10/30/2015 10/30/2015 | CERTIFICATE (COPY) OF INDIGENCY | Available VOR, User exempt |
| 8 | — | 10/30/2015 10/30/2015 | SUMMONS ISSUED TO: AMERICAN CREDIT ACCEPTANCE LLC | Available VOR, User exempt |
| 9 | — | 10/30/2015 10/30/2015 | SUMMONS ISSUED TO: DARREN ROBERT HICKEY | Available VOR, User exempt |
| 10 | — | 10/30/2015 10/30/2015 | SUMMONS ISSUED TO: JAMES C. ADKISON | Available VOR, User exempt |
| 11 | — | 11/13/2015 11/13/2015 | NOTICE OF APPEARANCE OF COUNSEL AND EMAIL DESIGNATION ON BEHALF OF DEFENDANT | Available Public access |
| 12 | — | 11/16/2015 11/19/2015 | SUMMONS RETURNED INDICATING SERVICE ON 11/06/2015 AT 10:40 AM TO JAMES C ADKISON | Available Public access |
| 13 | — | 11/23/2015 | NOTICE OF APPEARANCE OF COUNSEL | Available |

| | | | | |
|---|---|---|---|---|
| | | 11/24/2015 | | Public access |
| 14 | -- | 11/23/2015 11/24/2015 | NOTICE OF DESIGNATING PRIMARY EMAIL ADDRESS FOR THE SERVICE OF PLEADINGS AND PAPERS | Available — VOR, User exempt |
| 15 | -- | 11/24/2015 11/24/2015 | MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (DEFENDANT'S) | Available — VOR, User exempt |
| 16 | -- | 11/30/2015 11/30/2015 | SUMMONS RETURNED INDICATING SERVICE AMERICAN CREDIT ACCEPTANCE,LLC ON NOVEMBER 05 2015 @ 12:50 PM | Available — Public access |
| 17 | -- | 11/30/2015 11/30/2015 | SUMMONS RETURNED INDICATING SERVICE (COPY) AMERICAN CREDIT ACCEPTANCE,LLC ET AL. NOVEMBER 09 2015 @ 1:35 PM | Available — Public access |
| 18 | -- | 11/30/2015 11/30/2015 | MOTION FOR DEFAULT JUDICIAL | Available — Public access |
| 19 | -- | 11/30/2015 11/30/2015 | MOTION FOR FINAL JUDGMENT JUDICIAL | Available — VOR, User exempt |
| 20 | -- | 11/30/2015 11/30/2015 | MOTION TO DISMISS COMPLAINT/JAMES C ADKISON D/B/A ACCOUNT SOLUTIONS/WEST RECOVERY/ATTY | Available — VOR, User exempt |
| 21 | -- | 12/2/2015 12/2/2015 | NOTICE OF APPEARANCE OF COUNSEL | Available — Public access |
| 22 | -- | 12/2/2015 12/2/2015 | NOTICE OF WITHDRAWAL OF | Available — VOR, User exempt |
| 23 | -- | 12/2/2015 12/2/2015 | OBJECTION | Available — VOR, User exempt |

**Filing # 33850228 E-Filed 10/29/2015 03:40:26 PM**
**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

### I.   CASE STYLE

IN THE CIRCUIT COURT OF THE <u>FOURTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>DUVAL</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Dale E Workman, Jennifer-Eve Workman</u>
Plaintiff

vs.

<u>American Credit Acceptance, LLC, James C Adkison, Darren Robert Hickey</u>
Defendant

### II.   TYPE OF CASE

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more
  - ☐ Other real property actions $0 - $50,000

- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☒ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.   **REMEDIES SOUGHT (check all that apply):**
　　　☒   Monetary;
　　　☐   Non-monetary
　　　☒   Non-monetary declaratory or injunctive relief;
　　　☐   Punitive

IV.   **NUMBER OF CAUSES OF ACTION: (      )**
　　　(Specify)

　　　<u>10</u>

V.   **IS THIS CASE A CLASS ACTION LAWSUIT?**
　　　☐   Yes
　　　☒   No

VI.   **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
　　　☒   No
　　　☐   Yes – If "yes" list all related cases by name, case number and court:

VII.   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
　　　☒   Yes
　　　☐   No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature <u>s/ Dale E Workman Esq</u>　　　FL Bar No.: <u>160962</u>
　　　**Attorney or party**　　　　　　　　　　　　　　　　　　　　(Bar number, if attorney)

　　　<u>Dale E Workman Esq</u>　<u>10/29/2015</u>
　　　　　**(Type or print name)**　　　　　　　　　　　　　　　　　　Date

Filing # 33850228 E-Filed 10/29/2015 03:40:26 PM

IN THE CIRCUIT/COUNTY COURT OF THE ___Fourth___ JUDICIAL CIRCUIT
IN AND FOR ___Duval___ COUNTY, FLORIDA

Dale E. Workman et al.

_____
Plaintiff/Petitioner or in the Interest Of

vs.
American Credit Acceptance, et al.
_____
Defendant/Respondent

CASE NO. __To Be Assigned__

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

**Notice to Applicant:** If you qualify for civil indigence you must enroll in the clerk's office payment plan and pay a one-time administrative fee of $25.00. This fee shall not be charged for Dependency or Chapter 39 Termination of Parental Rights actions.

1. I have __5__ dependents. *(Include only those persons you list on your U.S. Income tax return.)*
Are you Married?..Yes  No  Does your Spouse Work?...Yes✓  No   Annual Spouse Income? $0.00 _____

2. I have a net income of $2,327.96 ___ paid   weekly   every two weeks   semi-monthly ✓ monthly   yearly   other
*(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)*

3. I have other income paid   weekly   every two weeks   semi-monthly   monthly   yearly   other __none__
*(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle (No))*

| | | | |
|---|---|---|---|
| Second Job ......................................Yes $ 0.00  (No) | Veterans' benefits................................Yes $ 0.00  (No) |
| Social Security benefits | Workers compensation...........................Yes $ 0.00  (No) |
| For you ..............................Yes $ 0.00  No | Income from absent family members ........Yes $ 0.00  (No) |
| For child(ren) ....................Yes $ 0.00  No | Stocks/bonds........................................Yes $ 0.00  No |
| Unemployment compensation ...............Yes $ 0.00  No | Rental income.......................................Yes $ 0.00  No |
| Union payments ...................................Yes $ 0.00  No | Dividends or interest............................Yes $ 0.00  No |
| Retirement/pensions ...........................Yes $ 0.00  No | Other kinds of income not on the list .....Yes $ 0.00  No |
| Trusts ................................................Yes $ 0.00  No | Gifts ....................................................Yes $ 0.00  No |

I understand that I will be required to make payments for fees and costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: *(Circle "yes" and fill in the value of the property, otherwise circle "No")*

| | | |
|---|---|---|
| Cash........................................Yes $ 0.00  (No) | Savings account...................................Yes $ 0.00  (No) |
| Bank account(s)......................Yes $ 0.00  (No) | Stocks/bonds.......................................Yes $ 0.00  No |
| Certificates of deposit or | Homestead Real Property*....................Yes $ 0.00  No |
| money market accounts..........Yes $ 0.00  (No) | Motor Vehicle*.....................................Yes $ 0.00  No |
| Boats*.....................................Yes $ 0.00  No | Non-homestead real property/real estate*...Yes $ 0.00  (No) |

*show loans on these assets in paragraph 5

Check one: I  DO ✓ DO NOT expect to receive more assets in the near future. The asset is_____

5. I have total liabilities and debts of $2,799.00 as follows: Motor Vehicle $0.00 _____, Home $1799.00 ___ Other Real Property $0.00 ___, Child Support paid direct $0.00 ___, Credit Cards $0.00 ___, Medical Bills $0.00 ___, Cost of medicines (monthly) $0.00 _____
Other $1,000.00 (utilities, food, gas, etc.)

6. I have a private lawyer in this case...........: Yes (No)

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed this  29th  day of  October , 20 15 .

2/21/1963 _____
Date of Birth

W825-165-63-061-0 _____
Driver's License or ID Number

_____
Signature of Applicant for Indigent Status
Print Full Legal Name  DALE E WORKMAN
Phone Number: ___(904) 704-6199___

13400 Sutton Park Dr. S., #1204, Jacksonville, Florida 32224
_____
Address, P O Address, Street, City, State, Zip Code

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be (X) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated this _____ day of Oct 30 2015 , 20 ____.

Clerk of the Circuit Court by ___RONNIE FUSSELL___

This form was completed with the assistance of: _____

Clerk/Deputy Clerk/Other authorized person.

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.**

Sign here if you want the judge to review the clerk's decision _____



**RONNIE FUSSELL**
Clerk of the Circuit Court

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NUMBER:  2015-CA-6898
DIVISION:         CV-C

DALE E. WORKMAN

vs.                              Plaintiff(s)

AMERICAN CREDIT ACCEPTANCE, LLC.

**FILED**

OCT 3 0 2015

CLERK CIRCUIT COURT

Defendant(s)

## CERTIFICATE OF INDIGENCY

   I, RONNIE FUSSELL, Clerk of the Circuit and County Courts, Duval County, Florida, do hereby certify that petitioner  DALE E. WORKMAN

has filed an affidavit of indigency in this case in accordance with Section 57.081(1), Florida Statutes, and it appears that said affidavit is sufficient and that the petitioner, is entitled to receive the services of the courts, sheriffs, and clerks with respect to this proceeding.

Witness my hand and seal at Jacksonville, Florida, this 30th  day of  OCTOBER, 31



RONNIE FUSSELL
CLERK OF THE CIRCUIT COURT

By: ALDO VASSALLO
              Deputy Clerk



IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

Filing # 33874037 E-Filed 10/30/2015 10:29:57 AM

**Plaintiffs**

v.

**AMERICAN CREDIT ACCEPTANCE, LLC, et al.**
**Defendants**

CASE NO.  16-2015-CA-006898

DIVISION  CV-C

_____/

## SUMMONS

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Petition in this action on:

**DARREN ROBERT HICKEY**
2634 Gaillardia Road
Jacksonville, Florida 32211

DATED _____OCTOBER 30, 2015_____

**RONNIE FUSSELL**
As Clerk of the Court

By: _____
As Deputy Clerk

### IMPORTANT

A LAWSUIT HAS BEEN FILED AGAINST YOU. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the Plaintiff's Attorney named below.

USTED HA SIDO DEMANDADO LEGALMENTE. Tiene 20 días, contado a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como Plaintiff's Attorney (Abogado del Demandante).

DES POURSUITES JUDICIARES ONT ETE ENTREPRISES CONTRE VOUS. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero du dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au Plaintiff's Attorney (Plaignant ou a son avocat) nomme ci-dessous.

RESPECTFULLY SUBMITTED,

Dale E. Workman, Esq.        FBN 160962
13400 Sutton Park Dr. S., Ste 1204
Jacksonville, Florida 32224
Telephone:      (904) 704-8199
Email: jworkman@workmanlawjax.com
Pro Se

Jennifer-Eve Workman
13400 Sutton Park Dr. S., Ste 1204
Jacksonville, Florida 32224
Telephone:      (904) 704-8199
Email: dworkman@workmanlawjax.com
Pro Se

IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT

Filing # 33874037 E-Filed 10/30/2015 10:29:57 AM

DALE E. WORKMAN, et al.
    Plaintiffs

v.

AMERICAN CREDIT ACCEPTANCE, LLC, et al.
    Defendants

CASE NO.    16-2015-CA-006898

DIVISION    CV-C

**SUMMONS**

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Petition in this action on:

JAMES C. ADKISON
d/b/a Asset Solutions / West Recovery
1234 N. East Ave.
Panama City, Florida 32401

RONNIE FUSSELL
As Clerk of the Court

DATED    OCTOBER 30, 2015

By    _Glenda M. Dziuba_
As Deputy Clerk

### IMPORTANT

A LAWSUIT HAS BEEN FILED AGAINST YOU. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the Plaintiff's Attorney named below.

USTED HA SIDO DEMANDADO LEGALMENTE. Tiene 20 dias, contado a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como Plaintiff's Attorney (Abogado del Demandante).

DES POURSUITES JUDICIARES ONT ETE ENTREPRISES CONTRE VOUS. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero du dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au Plaintiff's Attorney (Plaignant ou a son avocat) nomme ci-dessous.

RESPECTFULLY SUBMITTED,

Dale E. Workman, Esq.    FBN 160962
13400 Sutton Park Dr. S., Ste 1204
Jacksonville, Florida 32224
Telephone:    (904) 704-8199
Email: jworkman@workmanlawjax.com
Pro Se

Jennifer-Eve Workman
13400 Sutton Park Dr. S., Ste 1204
Jacksonville, Florida 32224
Telephone:    (904) 704-8199
Email: dworkman@workmanlawjax.com
Pro Se

Filing # 33874037 E-Filed 10/30/2015 10:29:57 AM

IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT

DALE E. WORKMAN, et al.
  Plaintiffs

v.

CASE NO. 16-2015-CA-006898

DIVISION CV-C

AMERICAN CREDIT ACCEPTANCE, LLC, et al.
  Defendants

_____/

**SUMMONS**

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Petition in this action on:

AMERICAN CREDIT ACCEPTANCE, LLC
c/o CT Corporation System (Registered Agent)
1200 South Pine Island Road
Plantation, Florida 33324

DATED _____OCTOBER 30, 2015_____

RONNIE FUSSELL
As Clerk of the Court

By _____Glenda M. Dscober_____
As Deputy Clerk

**IMPORTANT**

A LAWSUIT HAS BEEN FILED AGAINST YOU. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the Plaintiffs Attorney named below.

USTED HA SIDO DEMANDADO LEGALMENTE. Tiene 20 dias, contado a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como Plaintiff's Attorney (Abogado del Demandante).

DES POURSUITES JUDICIARES ONT ETE ENTREPRISES CONTRE VOUS. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au Plaintiff's Attorney (Plaignant ou a son avocat) nomme ci-dessous.

RESPECTFULLY SUBMITTED,

_____[signature]_____
Dale E. Workman, Esq.    FBN 160962
13400 Sutton Park Dr. S., Ste 1204
Jacksonville, Florida 32224
Telephone:    (904) 704-8199
Email: jworkman@workmanlawjax.com
Pro Se

_____[signature]_____
Jennifer-Eve Workman
13400 Sutton Park Dr. S., Ste 1204
Jacksonville, Florida 32224
Telephone:    (904) 704-8199
Email: dworkman@workmanlawjax.com
Pro Se

FILED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 10/30/2015 11:28:10 AM

IN THE CIRCUIT COURT, IN AND FOR
THE FOURTH CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 16-2015-CA-006898

DALE E. WORKMAN, ET AL.,

    Plaintiff,

v.

AMERICAN   CREDIT   ACCEPTANCE,
LLC., et al.,

    Defendant.

---

## NOTICE OF APPEARANCE OF COUNSEL AND EMAIL DESIGNATION

PLEASE TAKE NOTICE that the undersigned law firm, McGlinchey Stafford, hereby notices that it will be appearing as counsel on behalf of the Defendant, AMERICAN CREDIT ACCEPTANCE, LLC, as counsel in this matter for all purposes herein.  All future pleadings and communications shall be directed to the undersigned at the contact information below.

Notice is also hereby given, in compliance with Rule 2.516(b)(1), Florida Rules of Judicial Administration, of the primary e-mail address and secondary e-mail address for counsel of Defendant in this action as follows:

        Primary E-Mail Address:             cburgess@mcglinchey.com
        First Secondary E-Mail Address:    wridout@mcglinchey.com

Respectfully submitted,

McGLINCHEY STAFFORD

R. Carter Burgess, Esq.
Florida Bar # 58298
Wesley Ridout, Esq.
Florida Bar #0084609
10407 Centurion Parkway N., Suite 200
Jacksonville, FL 32256
(904) 224-4499 (telephone)
(904) 212-1828 (facsimile)
cburgess@mcglinchey.com
wridout@mcglinchey.com

**ATTORNEYS FOR DEFENDANT**

1105534.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished, via the following manner on this ___13___ day of November, 2015, to the following:

### **Via Email**

Dale E. Workman, Esq.
Jennifer-Eve Workman
13400 Sutton Park Drive, South, Suite 1204
Jacksonville, FL  32224
dworkman@workmanlawjax.com
jworkman@workmanlawjax.com
*Plaintiffs*

### **Via U.S. Mail**

James C. Adkison, d/b/a Asset Solutions/West Recovery
1234 N. East Avenue
Panama City, FL  32401

Darren Robert Hickey
2634 Gaillardia Road
Jacksonville, FL  32211

Attorney

1105534.1

## RETURN OF SERVICE

**State of Florida**                    **County of Duval**                    **Circuit Court**

Case Number: 16-2015-CA-6898

Plaintiff:
**Dale E. Workman et al**

vs.

Defendant:
**American Credit Acceptance, LLC et al**

For:
Dale E. Workman, Esq.
13400 Sutton Park Dr. S. Ste 1204
Jax, FL 32224



**FILED**
NOV. 16 2015
CLERK CIRCUIT COURT

2015-32733

Received by JSO-Special Services of Jacksonville,Inc. o/b/o The Jacksonville Sheriff Office on the 3rd day of November, 2015 at 12:04 pm to be served on James C. Adkison D/B/A Asset Solutions/ West Recovery, 821 Mamie Rd., Jax, FL 32205.

I, Karl Willis, # 437, do hereby affirm that on the 6th day of November, 2015 at 10:40 am, I:

**Other:** By delivering a true copy of the Summons and Complaint with the date and hour endorsed thereon by me to: Kelly Oster  as   Secretary and  informing him/her of the contents.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served.  Under the penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true.  Notary not required pursuant to F.S. 92.525(2)

**Karl Willis, # 437**
Special Proccess Server

**JSO-Special Services of Jacksonville,Inc. o/ b/o The Jacksonville Sheriff Office**
**Mike Williams, Sheriff**
**501 E. Bay Street**
**Jacksonville, FL 32202**

Our Job Serial Number: SSJ-2015025616
Ref: 2015-32733

Copyright © 1992-2013 Database Services, Inc - Process Server's Toolbox V7.0t

IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT

Filing # 33874037 E-Filed 10/30/2015 10:29:57 AM

DALE E. WORKMAN, et al.
    **Plaintiffs**

CASE NO. *16-2015-CA-006898*

v.

DIVISION *CV-C*

AMERICAN CREDIT ACCEPTANCE, LLC, et al.
    **Defendants**

### SUMMONS

THE STATE OF FLORIDA:
TO EACH SHERIFF OF THE STATE:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Petition in this action on:

JAMES C. ADKISON
d/b/a Asset Solutions / West Recovery
~~1234 N. East Ave.~~
~~Panama City, Florida 32401~~

*WEST RECOVERY
821 MAMIE RD.
JACKSONVILLE, FL 32205*

DATED      OCTOBER 30, 2015   .

RONNIE FUSSELL
As Clerk of the Court

By _____
    As Deputy Clerk

### IMPORTANT

**A LAWSUIT HAS BEEN FILED AGAINST YOU.** You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the Plaintiff's Attorney named below.

**USTED HA SIDO DEMANDADO LEGALMENTE.** Tiene 20 dias, contado a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como Plaintiff's Attorney (Abogado del Demandante).

**DES POURSUITES JUDICIARES ONT ETE ENTREPRISES CONTRE VOUS.** Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones). Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au Plaintiff's Attorney (Plaignant ou a son avocat) nomme ci-dessous.

RESPECTFULLY SUBMITTED,

_____
Dale E. Workman, Esq.    FBN 160962
13400 Sutton Park Dr. S., Ste 1204
Jacksonville, Florida 32224
Telephone:      (904) 704-8199
Email: jworkman@workmanlawjax.com
Pro Se

_____
Jennifer-Eve Workman
13400 Sutton Park Dr. S., Ste 1204
Jacksonville, Florida 32224
Telephone:      (904) 704-8199
Email: dworkman@workmanlawjax.com
Pro Se

Control #: **2015-32733**

Received Date: NOVEMBER 02, 2015

Type Of Writ: SUMMONS

Total Received: 0.00

Printed on 11/2/2015

Filing # 34796497 E-Filed 11/23/2015 04:46:30 PM

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN AND
FOR DUVAL COUNTY, FLORIDA

CASE NO.: 16-2015-CA-006898
DIVISION: CV-C

DALE E. WORKMAN AND JENNIFER-EVE
WORKMAN,

        Plaintiffs,

vs.

AMERICAN CREDIT ACCEPTANCE, LLC,
a foreign limited liability company; JAMES C.
ADKISON, d/b/a Account Solutions/West
Recovery, individually and in his capacity as
employee, servant, representative and agent of
American Credit Acceptance, LLC; and DARREN
ROBERT HICKEY, individually and in his
capacity as employee, servant, representative and
Agent of American Credit Acceptance, LLC, and
James C. Adkison, d/b/a Account Solutions/West
Recovery,

        Defendants.

_____/

## NOTICE OF APPEARANCE

    COMES NOW, the undersigned and hereby appears as counsel on behalf of Defendant,

JAMES C. ADKISON, d/b/a Account Solutions/West Recovery, individually and in his capacity

as employee, servant, representative and agent of American Credit Acceptance, LLC, in the

above-styled cause and request that any pleadings or other matters pertaining to this cause be

directed to them on behalf of said Defendant.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing document was served via e-mail to: (dworkman@workmanlawjax.com, jworkman@workmanlawjax.com) Dale E. Workman, Esquire, 13400 Sutton Park Drive South, Suite 1204, Jacksonville, Florida 32224, *Pro Se Plaintiffs;* and to (cburgess@mcglinchey.com; wridout@mcglinchey.com) R. Carter Burgess, Esquire, and Wesley Ridout, Esquire, McGLINCHEY STAFFORD, 10407 Centurion Parkway North, Suite 200, Jacksonville, Florida 32256, *Attorneys for Defendant, American Credit Acceptance, LLC,* on this 23rd day of November, 2015.

*/s/ Brendan N. Keeley*
**BRENDAN N. KEELEY, ESQUIRE**
Florida Bar Number: 22647
**ERIC S. SHUBOW, ESQUIRE**
Florida Bar Number: 106683
**BAUMANN, GANT & KEELEY, P.A.**
3947 Boulevard Center Drive
Building 1000, Suite 101
Jacksonville, Florida 32207
904/619-7129 - telephone
904/374-8964 - facsimile
bkeeley@baumannlegal.com
eshubow@baumannlegal.com
rroger@baumannlegal.com
*Attorneys for Defendant, JAMES C. ADKISON*

2

Filing # 34796497 E-Filed 11/23/2015 04:46:30 PM

IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN AND
FOR DUVAL COUNTY, FLORIDA

CASE NO.: 16-2015-CA-006898
DIVISION: CV-C

DALE E. WORKMAN AND JENNIFER-EVE
WORKMAN,

       Plaintiffs,

vs.

AMERICAN CREDIT ACCEPTANCE, LLC,
a foreign limited liability company; JAMES C.
ADKISON, d/b/a Account Solutions/West
Recovery, individually and in his capacity as
employee, servant, representative and agent of
American Credit Acceptance, LLC; and DARREN
ROBERT HICKEY, individually and in his
capacity as employee, servant, representative and
Agent of American Credit Acceptance, LLC, and
James C. Adkison, d/b/a Account Solutions/West
Recovery,

       Defendants.

_____/

## DESIGNATION OF ELECTRONIC MAIL ADDRESSES

COMES NOW, Defendant, JAMES C. ADKISON, d/b/a Account Solutions/West Recovery, individually and in his capacity as employee, servant, representative and agent of American Credit Acceptance, LLC, by and through undersigned counsel and pursuant to Fla. R. Jud. Admin. 2.516 and Fla. R. Civ. P. 3.010, hereby designates undersigned counsel's primary electronic mail addresses and secondary electronic mail addresses for this matter:

| | |
|---|---|
| Primary Electronic Mail Address: | bkeeley@baumannlegal.com<br>eshubow@baumannlegal.com |
| Secondary Electronic Mail Address: | rroger@baumannlegal.com |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing document was served via e-mail to: (dworkman@workmanlawjax.com, jworkman@workmanlawjax.com) Dale E. Workman, Esquire, 13400 Sutton Park Drive South, Suite 1204, Jacksonville, Florida 32224, *Pro Se Plaintiffs;* and to (cburgess@mcglinchey.com; wridout@mcglinchey.com) R. Carter Burgess, Esquire, and Wesley Ridout, Esquire, McGLINCHEY STAFFORD, 10407 Centurion Parkway North, Suite 200, Jacksonville, Florida 32256, *Attorneys for Defendant, American Credit Acceptance, LLC,* on this 23rd day of November, 2015.

/s/ Brendan N. Keeley
**BRENDAN N. KEELEY, ESQUIRE**
Florida Bar Number: 22647
**ERIC S. SHUBOW, ESQUIRE**
Florida Bar Number: 106683
**BAUMANN, GANT & KEELEY, P.A.**
3947 Boulevard Center Drive
Building 1000, Suite 101
Jacksonville, Florida 32207
904/619-7129 - telephone
904/374-8964 - facsimile
bkeeley@baumannlegal.com
eshubow@baumannlegal.com
rroger@baumannlegal.com
*Attorneys for Defendant, JAMES C. ADKISON*

2

Filing # 34922595 E-Filed 11/30/2015 09:06:34 AM

P.O. BOX 9507 FORT LAUDERDALE, FLORIDA 33310

**RETURN OF SERVICE**

Assignment:
14603

Service Sheet #

DALE E. WORKMAN, ET AL vs. AMERICAN CREDIT ACCEPTANCE, ET AL

15-051850

PLAINTIFF                                vs.                                DEFENDANT

SUM/COMPLAINT                              CIRCUIT/DUVAL                      15-CA-8898

TYPE OF WRIT                              COURT                             CASE

AMERICAN CREDIT ACCEPTANCE, LLC    SERVE    1200 S. PINE ISLAND ROAD         HEARING DATE
                                            PLANTATION, FL 33324

C/O CT CORPORATION SYSTEM, R.A.

Received this process on

Date 11/3/2015

| | |
|---|---|
| 438038 | ☑ Served |
| WORKMAN LAW OFFICE, P.A. | ☐ Not Served — see comments |
| 14498 FALLING WATERS DRIVE | |
| JACKSONVILLE, FL 32258 | |

Date               Time

9884

Attorney

On **AMERICAN CREDIT ACCEPTANCE, C/O CT CORPORATION SYSTEM, R.A.** by serving the within named person a true copy of the writ, with the date and time of service endorsed thereon by me, and a copy of the complaint, petition, or initial pleading, by the following method:

☐ **INDIVIDUAL SERVICE**

**SUBSTITUTE SERVICE:**

☐ At the defendant's usual place of abode on "any person residing therein who is 15 years of age or older", to wit:

_____, in accordance with F.S. 48.031(1)(a)

☐ To _____, the defendant's spouse, at _____ in accordance with F.S. 48.031(2)(a)

☐ To _____ the person in charge of the defendant's business in accordance with F.S. 48.031(2)(b), after two or more attempts to serve the defendant have been made at the place of business

**CORPORATE SERVICE:**

☐ To _____ holding the following position of said corporation _____ in the absence of any superior officer in accordance with F.S. 48.081

☐ To _____ an employee of defendant corporation in accordance with F.S. 48.081(3)

☑ To _CT Corp System_ as resident agent of said corporation in accordance with F.S. 48.091

☐ **PARTNERSHIP SERVICE:** To _____, partner, or to _____, designated employee or person in charge of partnership, in accordance with F.S. 48.061(1)

☐ **POSTED RESIDENTIAL:** By attaching a true copy to a conspicuous place on the property described in the complaint or summons. Neither the tenant nor a person residing therein 15 years of age or older could be found at the defendant's usual place of abode in accordance with F.S. 48.183

1st attempt date/time: _____    2nd attempt date/time: _____

☐ **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property in accordance with F.S. 48.183

1st attempt date/time: _____    2nd attempt date/time: _____

☐ **OTHER RETURNS:** See comments

COMMENTS: _Donna Mich, CT Reg. authorized to Accept service_

You can now check the status of your writ by visiting the Broward Sheriff's Office Website at www.sheriff.org and clicking on the icon "Service Inquiry"

SCOTT J. ISRAEL, SHERIFF
BROWARD COUNTY, FLORIDA

BY: _Jamie Perho 10487_ D.S.

ORIGINAL    JAMIE PERHO 10487

Filing # 34922595 E-Filed 11/30/2015 09:06:34 AM

TRUE COPY

| RETURN OF SERVICE |

**PERSON TO BE SERVED:**

RECEIPT NUMBER: 0006020-FB

JAMES C. ADKISON
D/B/A ASSET SOLUTIONS / WEST RECOVERY / SUMMONS
1234 N. EAST AVE.
PANAMA CITY, FLORIDA 32401

PLAINTIFF: DALE E. WORKMAN, ET AL.
     -VS-
DEFENDANT: AMERICAN CREDIT ACCEPTANCE, LLC, ET AL.

TYPE WRIT: SUMMONS, COMPLAINT AND DEMAND FOR JURY TRIAL, AND (5 PAGES) JACKSONVILLE
     SHERIFF'S OFFICE GENERAL OFFENSE / INCIDENT REPORT.

COURT: CIRCUIT, DUVAL
CASE #: 162015CA006898                COURT DATE:
                                      COURT TIME:

Received the above-named writ on November 3, 2015, at 1:35 PM,
and served the same on November 9, 2015, at 1:35 PM,
in BAY County, Florida, as follows:

**INDIVIDUAL**

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me, to: JAMES C. ADKISON
at his/her place of employment pursuant to Chapter 48.031(1)(b) of the
Florida Statutes.

SERVICE COST: $0.00
LFS, CIVIL CLERK                            FRANK MCKEITHEN, SHERIFF
                                           BAY COUNTY, FLORIDA

MAIL TO:
                              BY: _____
                                     LES SOUTH #184,  D.S.

DALE E. WORKMAN, ESQ.
13400 SUTTON PARK DR. S., SUITE 1204
JACKSONVILLE, FLORIDA 32224
(904) 704-8199

FILED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 11/30/2015 10:34:34 AM

Filing # 35034465 E-Filed 12/02/2015 02:09:14 AM

IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

DALE E. WORKMAN, et al.
    **Plaintiffs**                            CASE NO.   16-2015-CA-006898

**v.**                                     DIVISION   CV-C

AMERICAN CREDIT ACCEPTANCE, LLC, et al.
    **Defendants**
_____/

### NOTICE OF APPEARANCE AND DESIGNATION
### OF EMAIL ADDRESS FOR SERVICE OF DOCUMENTS

      **COMES NOW WORKMAN LAW OFFICE, PA**, pursuant to Fla.R.Jud.Adm. 2.516(1)(A),

and announces its appearance in this matter on behalf of the Plaintiffs, DALE E. WORKMAN and

JENNIFER-EVE WORKMAN, and further notifies the Court and all interested parties of its email

address for the purpose of service of documents, to wit:

        Lead Counsel:       Dale E. Workman, Esq.

        Primary Email:      dworkman@workmanlawjax.com

### CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a true and correct copy of the forgoing is being emailed via the

Florida Courts E-Filing Portal to **American Credit Acceptance, LLC**, c/o R. Carter Burgess, Esq.

at his email address of record and to **James C. Adkison d/b/a Account Solutions / West Recovery**,

c/o Brendan N. Keeley, Esq. at his email address of record upon filing.

                  **WORKMAN LAW OFFICE, PA**

                  */s/ Dale E. Workman, Esq.*
                  **Dale E. Workman, Esq.**       FBN 160962
                  13400 Sutton Park Dr. S., Suite 1204
                  Jacksonville, Florida 32224
                  Telephone:   (904) 704-8199
                  Email: dworkman@workmanlawjax.com
                  Attorney for the Plaintiffs

Filing # 35034465 E-Filed 12/02/2015 02:09:14 AM

IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

DALE E. WORKMAN, et al.
    **Plaintiffs**

CASE NO.   16-2015-CA-006898

v.

DIVISION   CV-C

AMERICAN CREDIT ACCEPTANCE, LLC, et al.
    **Defendants**

_____/

## OBJECTION TO DEFENDANT'S MOTION FOR
## EXTENSION OF TIME TO RESPOND TO COMPLAINT

COME NOW the Plaintiffs, DALE E. WORKMAN and JENNIFER-EVE WORKMAN, by and through undersigned counsel, and object to the Motion For Extension of Time filed by Defendant AMERICAN CREDIT ACCEPTANCE, LLC ("ACA"), and in support hereof state that:

1. ACA's counsel was originally provided a courtesy copy of the Complaint by email from Plaintiff DALE E. WORKMAN on October 28, 2015, which was 8 days prior to ACA being served. *See copy of email, attached.*

2. However, ACA did not file its motion seeking additional time until the day before its response was due, which was 19 days after being served and 11 days after its counsel filed his Notice of Appearance. At that point, ACA's counsel had already been in possession of the emailed copy of the Complaint for 28 days.

3. In that motion, ACA did not request or propose any specific (or even general) period of time, but instead requested an *indefinite* and *unlimited* extension of time in which to respond.

4. Moreover, ACA did not seek an order granting its motion, nor did it make any effort whatsoever to set a hearing or otherwise advance the matter, until after the Plaintiffs moved for default almost a full week after ACA's motion was filed.

5. Furthermore, ACA did not contact the Plaintiffs to request an agreement that would logically have resulted in a new deadline being agreed upon. Instead, it bypassed that custom and filed a motion seeking an *indefinite* extension. (It should be noted that, while one telephone conversation was held between ACA's counsel and Plaintiff DALE E. WORKMAN a few

Workman, et al. v. American Credit Acceptance, LLC, et al.
Case Number 16-2015-CA-006898
Objection to Defendant's Motion for
Extension of Time to Respond to Complaint
Page 2 of 3

---

days before the Motion for Extension of Time was filed, there was no mention of any need for additional time during that conversation.)

6.    In its December 1 letter to the Court, ACA indicated that it needs additional time because the Complaint is "quite lengthy.'   However, Co-Defendant JAMES C. ADKISON ("ADKISON") was served with the same Complaint 4 days *after* ACA was served, and ADKISON's attorney made his first appearance in this matter 27 days *after* ACA's counsel first received the Complaint by email), yet ADKISON had no problem filing his response on time.

7.    ACA further indicated in its December 1 letter to the Court that it needs additional time because it is still considering whether to file a motion for removal to federal court and/or to compel arbitration.   However, neither of those issues are particularly complex or more involved than the motion filed by ADKISON, and do not justify an indefinite extension of time.

8.    Perhaps most tellingly, ACA further indicated in its December 1 letter to the Court that "Under these circumstances, it is entirely customary to file a Motion for Extension of Time rather than filing a defensive motion or pleading so that a waiver argument cannot be made against either the request for removal and/or arbitration," thus revealing that the motion **is actually nothing more than a strategic move to delay its response until such time as it makes a decision on removal/arbitration/litigation, rather than a genuine request prompted by a legitimate need for time to file an appropriate answer.**

9.    While it is somewhat routine to extend time under Rule 1.090(b)(1), it is not an automatic right and the rule requires that at least "good cause" be shown for such extension.

10.    ACA has not shown good cause for an extension and, conversely, it has actually revealed through its words and actions that its motion is nothing more than a **delaying tactic.**

Workman, et al. v. American Credit Acceptance, LLC, et al.
Case Number 16-2015-CA-006898
Objection to Defendant's Motion for
Extension of Time to Respond to Complaint
Page 3 of 3

11.     Under the facts of this case, the Plaintiffs are entitled to an immediate default and final judgment thereon without a hearing. *Ziff v. Stuber*, 596 So.2d 754, 755 (Fla. 4th DCA 1992) ("The filing of a nonresponsive 'paper' filed as a **delaying tactic**, such as a notice of appearance [or disingenuous motion for delay], is an abuse of process supporting a default entered by the court under subsection (b) of the rule without notice of hearing.") (emphasis added).

        **WHEREFORE**, it is respectfully requested that this Honorable Court enter an order denying ACA's Motion for Extension of Time. It is further requested that the Court enter the default and partial default final judgment previously requested by the Plaintiffs without further delay.

<u>**CERTIFICATE OF SERVICE**</u>

        **I HEREBY CERTIFY** that a true and correct copy of the forgoing is being emailed via the Florida Courts E-Filing Portal to American Credit Acceptance, LLC, c/o R. Carter Burgess, Esq. at his email address of record and to James C. Adkison d/b/a Account Solutions / West Recovery, c/o Brendan N. Keeley, Esq. at his email address of record upon filing.

                                        **WORKMAN LAW OFFICE, PA**

                                         */s/ Dale E. Workman, Esq.*
                                        Dale E. Workman, Esq.          FBN 160962
                                        13400 Sutton Park Dr. S., Suite 1204
                                        Jacksonville, Florida 32224
                                        Telephone:    (904) 704-8199
                                        Email: dworkman@workmanlawjax.com
                                        Attorney for the Plaintiffs

# Dale E. Workman, Esq.

| | |
|---|---|
| **From:** | Dale E. Workman, Esq. |
| **Sent:** | Wed 10/28/2015 |
| **To:** | cburgess@mcglinchey.com |
| **Cc:** | reggie@westrecovery.net; westrecoveryjax@gmail.com |
| **Subject:** | Dale and Jennifer Workman v. ACA, West Recovery and Darren R. Hickey, Case No. TBA |
| **File:** | Workman, Dale & Jenn - ACA, West Recovery, Darren Hickey |

Mr. Burgess,

This email is being addressed to you as counsel for American Credit Acceptance, LLC based upon your August 7, 2015 letter to me stating that McGlinchey Stafford has been retained to represent ACA in this matter. If that is incorrect, please advise. I have also copied co-defendant West Recovery. I do not have Darren Hickey's email address, but I assume West Recovery will know how to contact him.

Attached hereto you will find a courtesy copy of the Complaint that I've prepared against your client ACA and its agents, West Recovery and Darren Hickey. Please note that at this time it is an unsigned, unfiled copy.

Also attached is a copy of the JSO incident report generated by this incident. I think you will agree that, no matter what version the defendants attempt to spin, one fact is not in dispute: there was certainly a breach of the peace. And, as I'm sure you know, that is all that is needed to establish liability, and the law imposes extremely strict liability against the defendants in matters such as this.

I will be filing this lawsuit tomorrow afternoon. I am providing this copy as a courtesy, to give you the opportunity to contact me on behalf of your clients prior to filing. Otherwise, there will be no delay.

You can reach me at (904) 704-8199, if you choose. In any event, I do look forward to speaking with you at some point.

Sincerely,

**Dale E. Workman, Esq.**
13400 Sutton Park Dr. S., Ste 1204
Jacksonville, Florida 32224
Telephone: (904) 704-8199
Facsimile:   (904) 704-8296
dworkman@workmanlawjax.com
www.workmanlawjax.com

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (904) 704-8199, and destroy the original message. This communication is an attorney-client and work-product privileged communication. Thank you.

Dale E. Workman, Esq.                                          Printed: Wed 12/2/2015 12:27 AM